

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-60,903-02

## EX PARTE ALVIN CHRISTOPHER STEWART, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. D-1-DC-02-904132-B IN THE 299TH DISTRICT COURT
## TRAVIS COUNTY

*Per curiam.* YEARY, J., filed a dissenting opinion.

### O P I N I O N

Applicant was convicted of aggravated robbery and sentenced to sixty-five years' imprisonment.[1] The Third Court of Appeals affirmed his conviction. *Stewart v. State*, No. 03-02-00537-CR (Tex. App.—Austin del. Oct. 16, 2003) (not designated for publication). Through appointed counsel, Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his trial counsel was ineffective for failing to investigate and learn of mitigating evidence. The trial court held an evidentiary hearing. The trial court has determined

---

[1] Applicant was also convicted of manslaughter. The twenty-year sentence assessed has discharged. The manslaughter conviction remains unaffected by this habeas proceeding.

that trial counsel's performance was deficient and that Applicant was prejudiced. This Court agrees. Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984).

The jury's guilty verdict for aggravated robbery in cause number D-1-DC-02-904132 in the 299th District Court of Travis County is not changed, but its punishment verdict is set aside, and Applicant is remanded to the custody of the Sheriff of Travis County for new sentencing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: March 5, 2025
Do not publish